[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 97-1954

ANGEL ALAMO, ET AL.,

Plaintiffs, Appellants,

v.

MANGUAL CLEANING SERVICE, INC., ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Jaime Pieras, Jr., Senior U.S. District Judge] 

Before

Torruella, Chief Judge, 
Selya and Stahl, Circuit Judges. 

Juan Ramon Rivas Rivera and Davila, Rivas & Goyco on brief for 
appellants.
Thomas Doran-Gelabert on brief for appellees. 

December 19, 1997



Per Curiam. After careful review of the briefs and 

record, we conclude that summary judgment was proper for the

reasons stated by the district court in its Opinion and Order

dated April 14, 1997, and its Order dated June 4, 1997.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-